UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2837-CAS(FFMx) | | Date | July 24, 2013 |
|---|---|---|---|---|
| Title | FTC COMMERCIAL CORP. v. BRK INDUSTRIES LTD DBA BH OVERSTOCK; ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **THIRD PARTY PLAINTIFFS** show cause in writing not later than **August 9, 2013** why this action should not be dismissed for lack of prosecution **as to Third Party Defendants BLUE HOLDINGS, INC.; and BLUE CONCEPT, LLC, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Third Party Plaintiffs is advised that the Court will consider the following:

1)   Plaintiff's filing of a application for the clerk to enter default judgment on **defendants BLUE HOLDINGS, INC.; and BLUE CONCEPT, LLC**, or plaintiff's filing of a motion for entry of default judgment on **defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |